Lonnie Ethridge v. The State.

No. 7996.  Decided January 2, 1924.

1.—Rape—Practice on Appeal.

In the absence of bills of exception or statement of facts, and the evidence being sufficient under a proper charge of the Court the judgment is confirmed.

Appeal from the District Court of Collins.  Tried below before the Honorable F. E. Wilcox.

Appeal from a conviction of rape;  penalty, five years imprison-. ment in the penitentiary.

The opinion states the case.  No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Collin County of rape, and his punishment fixed at five years in the penitentiary.

There being neither bills of exception nor statement of facts in this record, we are confined to a consideration of the sufficiency of the indictment and charge of the court.  Both appearing to be in conformity with law, an affirmance is ordered.

*Affirmed.*